United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 3, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60995
Summary Calendar

ROSALIE NTUMBA-KADIOMBO,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 943 007
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Rosalie Ntumba-Kadiombo, a native and citizen of the Democratic Republic of the Congo, petitions this court to review the decision of the Board of Immigration Appeals (BIA) denying her application for asylum. The immigration judge (IJ) denied relief based upon a finding that her testimony was not credible, and the BIA affirmed the IJ's decision. Ntumba-Kadiombo argues that she is a refugee for purposes of obtaining asylum and that her testimony was credible.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ntumba-Kadiombo's appeal is subject to dismissal for failure to comply with the rules requiring citations to the record and relevant legal authority.  See Moore v. FDIC, 993 F.2d 106, 107 (5th Cir. 1993); FED. R. APP. P. 28(a); 5TH CIR. RULE 28.2.3. Moreover, assuming arguendo that her arguments were briefed adequately, we would not "substitute our judgment for that of the BIA or IJ with respect to the credibility of witnesses or ultimate factual findings based on credibility determinations." Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

The petition for review is DENIED.